UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00218-F

| | |
|---|---|
| WADE MARTIN,<br>    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.;<br>DEPUY INT'L, LTD.; JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON SERVICES, INC.; and<br>JOHNSON & JOHNSON INT'L;<br>    Defendants. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This, the 5th day of May, 2011.

_____
JAMES C. FOX
Senior United States District Judge